# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Petersen, | Civil No. 08-4982 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Credit Control, LLC, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 16), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 15, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge